THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE STEINSON, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Reported below, 20 App. Div. 452.
(Submitted February 28, 1898; decided March 8, 1898.)

MOTION to file an undertaking *nunc pro tunc*, upon an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 17, 1897, affirming an order of Special Term denying a motion for a writ of mandamus.

The motion was made under section 1303 of the Code of Civil Procedure, upon the ground that the failure to file undertaking was due to inadvertence, and the appellant has acted in good faith.

*Townsend & McIlvaine* for motion.

*John Whalen* opposed.

Motion granted, upon payment of ten dollars costs.